KRISTA HART
Attorney at Law
State Bar No. 199650
428 J Street, Suite 357
Sacramento, CA  95814
(916) 731-8811

Attorney for Defendant
Carolyn Williams

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> v. <br><br> Carolyn Williams, et al, <br><br> Defendants. | No. Cr.S. 05-0106 LKK <br><br> **ORDER RE:** <br> **WAIVER OF DEFENDANT'S APPEARANCE** |

The defendant, Carolyn Williams, hereby waives her right to be present in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of a jury and imposition of sentence. Ms. Williams hereby requests the court to proceed during every absence of her which the court may permit pursuant to this waiver; agrees that her interest will be deemed represented at all times by the presence of her attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour

the court may fix in her absence.

    Defendant further acknowledges that she has been informed of her rights under sections 3161 - 3174 of Title 18 of the United States Code (Speedy Trial Act), and has authorized her attorney to set times and delays under the provisions of that Act without defendant being present.

DATED: 05/05/05                          I hereby consent to this waiver.

/s/ Signature on original  
Carolyn Williams - Defendant

DATED: 05/05/05                          I hereby consent to this waiver.

/s/ Signature on original  
KRISTA HART  
Attorney for Defendant  
Carolyn Williams

ORDER

DATED: May 16, 2005                    I approve of the waiver of the defendant's presence.

/s/ Lawrence K. Karlton  
Hon. Lawrence K. Karlton  
Senior Judge  
United States District Court

2