McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2754

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-05-106 LKK |
| Plaintiff, ) | |
| ) | SUMMARY ORDER |
| CAROLYN WILLIAMS, et. al., ) | |
| Defendant. ) | |

    This case came before the court for status hearing on April 26, 2005.  Plaintiff United States of America was represented by Assistant U.S. Attorney Kenneth J. Melikian. Defendant Carolyn Williams appeared and was represented by Dina Santos, appearing specially for Krista Hart.  Defendant Leonard Williams appeared and was represented by Robert Holley.  Defendant Truman Jefferson appeared and was represented by Assistant Federal Defender Mary French.

    Mr. Melikian informed the court that there was a voluminous amount of discovery in this case.  The parties therefore all agreed that the status hearing should be continued to May 17, 2005, at 9;30 a.m.  All parties also agreed that time should be excluded through May 17, 2005, from the provisions of the Speedy

1 | Trial Act pursuant to local codes T2 and T4.
2 |     ACCORDINGLY: This matter is set for a status conference on
3 | May 17, 2005, at 9:30 a.m.  Pursuant to the agreement of all
4 | parties, time is excluded through May 17, 2005, from computation
5 | under the Speedy Trial Act pursuant to local code T2 (18 U.S.C.
6 | § 3161(h)(8)(B)(ii)) for complexity, and local code T4 (18 U.S.C.
7 | § 3161(h)(8)(B)(iv)) in order to afford the defendants reasonable
8 | time to prepare their cases.
9 |
10 |     IT IS SO ORDERED.
11 |
12 | DATED: May 16, 2005          /s/ Lawrence K. Karlton
                                 HONORABLE LAWRENCE K. KARLTON
13 |                              Senior Judge
                                 United States District Court