McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-05-106 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | SUMMARY ORDER |
| | ) | |
| CAROLYN WILLIAMS, et. al., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This case came before the court for status hearing on May 17, 2005.  Plaintiff United States of America was represented by Assistant U.S. Attorney Kenneth J. Melikian.  Defendant Carolyn Williams did not appear as she had previously waived her appearance, but was represented by Krista Hart.  Defendant Leonard Williams appeared and was represented by Robert Holley.  Defendant Truman Jefferson did not appear as he had previously waived his appearance, but was represented by Assistant Federal Defender Mary French.

Ms. French informed the court that a large amount of discovery had previously been provided in this case, and that some more would soon be coming.  The parties therefore all agreed that the status hearing should be continued to July 12, 2005, at

9;30 a.m.  All parties also agreed that time should be excluded through July 12, 2005, from the provisions of the Speedy Trial Act pursuant to local code T4.

ACCORDINGLY: This matter is set for a status conference on July 12. 2005, at 9:30 a.m.  Pursuant to the agreement of all parties, time is excluded through July 12, 2005, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendants reasonable time to prepare their cases.

IT IS SO ORDERED.

DATED: May 20, 2005            /s/Lawrence K. Karlton
                               HONORABLE LAWRENCE K. KARLTON
                               U.S. District Court Judge