McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-05-106 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | SUMMARY ORDER |
| | ) | |
| CAROLYN WILLIAMS, et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

   This case came before the court for status hearing on July 12, 2005.  Plaintiff United States of America was represented by Assistant U.S. Attorney Kenneth J. Melikian.  Defendant Carolyn Williams did not appear as she had previously waived her appearance, but was represented by Krista Hart.  Defendant Leonard Williams appeared and was represented by Robert Holley.  Defendant Truman Jefferson did not appear as he had previously waived his appearance, but was represented by Assistant Federal Defender Mary French.

   Ms. French informed the court that a significant amount of supplemental discovery had recently been provided in this case.  Time was needed to review this supplemental discovery, as well as to perform other tasks.  The parties therefore all agreed that the

1 status hearing should be continued to September 7, 2005, at
2 9;30 a.m.   All parties also agreed that time should be excluded
3 through September 7, 2005, from the provisions of the Speedy Trial
4 Act pursuant to local code T4.
5    ACCORDINGLY: This matter is set for a status conference on
6 September 7, 2005, at 9:30 a.m.   Pursuant to the agreement of all
7 parties, time is excluded through September 7, 2005, from
8 computation under the Speedy Trial Act pursuant to local code T4
9 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendants
10 reasonable time to prepare their cases.
11
12    IT IS SO ORDERED.
13
14 DATED: July 25, 2005            /s/Lawrence K. Karlton
                                   HONORABLE LAWRENCE K. KARLTON
15                                 U.S. District Court Judge
16
17
18
19
20
21
22
23
24
25
26
27
28

2