```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    TRUMAN JEFFERSON
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-05-106 LKK |
| Plaintiff, | |
| v. | ORDER FOLLOWING HEARING |
| TRUMAN JEFFERSON, et al., | |
| Defendants. | Judge: Hon. Lawrence K. Karlton |

This matter came on for Status Conference on September 7, 2005 in the courtroom of the Honorable Lawrence K. Karlton, United States District Court Judge. The government was represented by its counsel, Assistant United States Attorney Kenneth Melikian. Defendant Leonard Williams appeared and was represented by Assistant Federal Defender Mary French, appearing on behalf of Robert Holley. Defendant Carolyn Williams did not appear, having previously waived her appearance, and was represented by Krista Hart. Defendant Truman Jefferson did not appear, having previously waived his appearance, and was represented by Assistant Federal Defender Mary French.

1  Defense counsels requested additional time to continue their
2  review of supplemental discovery and the parties agreed that the status
3  hearings be continued to October 12, 2005 at 9:30 a.m.
4  IT IS ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
5  (iv) and Local Code T4, the period from September 7, 2005 to and
6  including October 12, 2005 is excluded from the time computations
7  required by the Speedy Trial Act due to ongoing preparation of counsel.
8  Dated: September 14, 2005

/s/ Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
United States District Judge

Order Following Hearing                  2