McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-05-106 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | SUMMARY ORDER |
| | ) | |
| CAROLYN WILLIAMS, et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    This case came before the court for status hearing on October 12, 2005.  Plaintiff United States of America was represented by Assistant U.S. Attorney Kenneth J. Melikian.  Defendant Carolyn Williams did not appear as she had previously waived her appearance, but was represented by Krista Hart.  Defendant Leonard Williams appeared and was represented by Robert Holley.  Defendant Truman Jefferson did not appear as he had previously waived his appearance, but was represented by Assistant Federal Defender Matthew Bockmon.

    The parties agreed that a continuance of the status hearing to December 6, 2005, would be appropriate.  First, the court was informed that defendants in Tennessee had been indicted in a related case, and that the government was arranging for those

out-of-custody defendants to appear in Sacramento.  Second, Mr. Holley informed the court that this case was a complex one, an assessment to which all parties agreed.

    The parties therefore all requested that the status hearing be continued to December 6, 2005, at 9;30 a.m.  All parties also agreed that time should be excluded through December 6, 2005, from the provisions of the Speedy Trial Act pursuant to local code T2.

    ACCORDINGLY: This matter is set for a status hearing on December 6, 2005, at 9:30 a.m.  Pursuant to the agreement of all parties, time is excluded through December 6, 2005, from computation under the Speedy Trial Act pursuant to local code T2 (18 U.S.C. § 3161(h)(8)(B)(ii)) due to the case's complexity.

    IT IS SO ORDERED.

DATED: October 17, 2005       /s/ Lawrence K. Karlton
                                      HONORABLE LAWRENCE K. KARLTON
                                      Senior Judge
                                      United States District Court