```
 1  DANIEL J. BRODERICK, Bar #89424
    Acting Federal Defender
 2
    MARY M. FRENCH, Bar #126643
 3  Supervising Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    TRUMAN JEFFERSON
 7
```

                    IN THE UNITED STATES DISTRICT COURT

                    FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-05-106 GEB |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| v. ) | |
| CAROLYN WILLIAMS, et al., ) | Date:  June 16, 2006 |
| ) | Time:  9:00 a.m. |
| Defendants. ) | Judge: Garland E. Burrell, Jr. |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through Ken Melikian, Assistant United States Attorney; defendant, CAROLYN WILLIAMS, by and through her counsel, Krista Hart; defendant, LEONARD WILLIAMS, by and through his counsel, Robert Holley; and TRUMAN JEFFERSON, by and through his counsel, Mary M. French, Supervising Assistant Federal Defender, that the status conference presently scheduled for May 19, 2006 be vacated and rescheduled for status conference on June 16, 2006 at 9:00 a.m.  This continuance is being requested due to the unavailability of defense counsel and the need for on-going defense investigation.

1    IT IS FURTHER STIPULATED that the period from May 19, 2006 through
2 and including June 16, 2006 should be excluded pursuant to
3 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.
5 Dated: May 18, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Acting Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Supervising Assistant Federal
Defender
Attorney for Defendant
TRUMAN JEFFERSON

/s/ Mary M. French for
_____
KRISTA HART
Attorney for Defendant
CAROLYN WILLIAMS

/s/ Mary M. French for
_____
ROBERT HOLLEY
Attorney for Defendant
LEONARD WILLIAMS

Dated: May 18, 2006

MCGREGOR W. SCOTT
United States Attorney

/s/ Mary M. French for
_____
KEN MELIKIAN
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  May 22, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order                                      2