```
1  McGREGOR W. SCOTT
   United States Attorney
2  KENNETH J. MELIKIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, Ca.  95814
4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | CR. NO. S-05-106 GEB |
|                              ) | |
|           Plaintiff,         ) | |
|                              ) | STIPULATION; ORDER |
|      v.                      ) | |
|                              ) | |
| CAROLYN WILLIAMS, et. al.,    ) | |
| ,                             ) | |
|                              ) | |
|           Defendants.         ) | |
| _____) | |

    Defendant Carolyn Williams, through Krista Hart, Attorney At Law, defendant Leonard Williams, through Robert M. Holley, Attorney At Law, defendant Truman Jefferson, through Mary French, Assistant Federal Defender, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for July 28, 2006.  The parties further stipulate that a status conference be placed on the court's September 8, 2006, calendar.

    Attorney Hart is currently in trial in state court, and needs additional time to prepare for the status conference. Attorneys Holley and French are also still in the process of preparing their defenses.

1

1    Accordingly, the parties request that the status conference
2 in this case be continued to September 8, 2006.  All parties
3 agree that time should be excluded through September 8, 2006,
4 from computation under the Speedy Trial Act pursuant to local
5 code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the
6 defendants reasonable time to prepare their respective cases.

7 DATED: July 26, 2006                Respectfully submitted,
8                                     McGREGOR W. SCOTT
                                      United States Attorney
9

10
                                    By:/s/ Kenneth J. Melikian
11                                     KENNETH J. MELIKIAN
                                       Assistant U.S. Attorney
12

13 DATED: July 26, 2006                /s/ Kenneth J. Melikian
                                       KRISTA HART
14                                     Attorney for Defendant Carolyn
                                       Williams
15                                     (Signed by Kenneth J. Melikian
                                       per  authorization by Krista
16                                     Hart)

17

18 DATED: July 26, 2006                /s/ Kenneth J. Melikian
                                       ROBERT M. HOLLEY
19                                     Attorney for Defendant Leonard
                                       Williams
20                                     (Signed by Kenneth J. Melikian
                                       per authorization by Robert M.
21                                     Holley)

22

23 DATED: July 26, 2006                /s/ Kenneth J. Melikian
                                       MARY FRENCH
24                                     Attorney for Truman Jefferson
                                       (Signed by Kenneth J. Melikian
25                                     per authorization by Mary French)

26      IT IS SO ORDERED.

27 Dated:  July 27, 2006

28
                                       /s/ Garland E. Burrell, Jr.
                                       GARLAND E. BURRELL, JR.
                                       United States District Judge