```
DANIEL J. BRODERICK, Bar #89424
Federal Defender

MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TRUMAN JEFFERSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN WILLIAMS, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | NO.  CR-S-05-106 GEB |
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LAURA AGNEW, TOMMY WILLIAMS, ) <br> ) <br> Defendants. ) <br> _____ ) | NO.  CR-S-05-100 GEB <br><br> STIPULATION AND [PROPOSED] ORDER <br> CONTINUING STATUS CONFERENCES <br><br> Date: November 17, 2006 <br> Time: 9:00 a.m. <br> Judge: Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through Ken Melikian, Assistant United States Attorney; defendant, CAROLYN WILLIAMS, by and through her counsel, Krista Hart; defendant, LEONARD WILLIAMS, by and through his counsel, Robert Holley; and TRUMAN JEFFERSON, by and through his counsel, Mary M. French,

Supervising Assistant Federal Defender, that the status conference presently scheduled for October 27, 2006 be vacated and rescheduled for status conference on November 17, 2006 at 9:00 a.m.  This continuance is being requested due to the need for on-going defense investigation.

It is also stipulated and agreed to, in the related case of *USA v. Agnew, et al.*, CR-S-05-100, above, through Ken Melikian, Assistant United States Attorney; defendant, LAURA AGNEW, by and through her counsel, Candace Fry; and defendant, TOMMY WILLIAMS, by and through his counsel, Michael B. Bigelow, that the status conference in that case, presently scheduled for October 27, 2006 be vacated and rescheduled for status conference on November 17, 2006 at 9:00 a.m.  This continuance is also being requested due to the need for on-going defense investigation.

IT IS FURTHER STIPULATED that the period from October 27, 2006 through and including November 17, 2006 should be excluded in both cases above pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: October 20, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French

_____
MARY M. FRENCH
Supervising Assistant Federal Defender
Attorney for Defendant
TRUMAN JEFFERSON

/s/ Mary M. French for

_____
KRISTA HART
Attorney for Defendant
CAROLYN WILLIAMS

Stip & Order                          2

```
                                    /s/ Mary M. French for
                                    _____
                                    ROBERT HOLLEY
                                    Attorney for Defendant
                                    LEONARD WILLIAMS



                                    /s/ Mary M. French for
                                    _____
                                    CANDACE FRY
                                    Attorney for Defendant
                                    LAURA AGNEW



                                    /s/ Mary M. French for
                                    _____
                                    MICHAEL B. BIGELOW
                                    Attorney for Defendant
                                    TOMMY WILLIAMS

Dated: October 20, 2006

                                    MCGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Mary M. French for
                                    _____
                                    KEN MELIKIAN
                                    Assistant U.S. Attorney
                                    per telephonic authority
```

**O R D E R**

IT IS SO ORDERED.

Dated:  October 24, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order                                    3