DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TRUMAN JEFFERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  CR-S-05-106 GEB |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| CAROLYN WILLIAMS, et al., ) | |
| Defendants. ) | Date: January 12, 2007 |
| ) | Time: 9:00 a.m. |
| _____ ) | Judge: Garland E. Burrell, Jr. |

   It is hereby stipulated and agreed to between the United States of America through Ken Melikian, Assistant United States Attorney; defendant, CAROLYN WILLIAMS, by and through her counsel, Krista Hart; defendant, LEONARD WILLIAMS, by and through his counsel, Robert Holley; and TRUMAN JEFFERSON, by and through his counsel, Mary M. French, Supervising Assistant Federal Defender, that the status conference presently scheduled for November 17, 2006 be vacated and rescheduled for status conference on January 12, 2007 at 9:00 a.m.  This continuance is being requested due to the need for on-going defense investigation and preparation.

1     IT IS FURTHER STIPULATED that the period from November 17, 2006,
2 through and including January 12, 2007, should be excluded pursuant to
3 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.

5 Dated: November 16, 2006

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ Mary M. French
                                          _____
                                          MARY M. FRENCH
                                          Supervising Assistant Federal
                                          Defender
                                          Attorney for Defendant
                                          TRUMAN JEFFERSON

                                          /s/ Mary M. French for
                                          _____
                                          KRISTA HART
                                          Attorney for Defendant
                                          CAROLYN WILLIAMS

                                          /s/ Mary M. French for
                                          _____
                                          ROBERT HOLLEY
                                          Attorney for Defendant
                                          LEONARD WILLIAMS

/////
/////

Stip & Order                                     2

Dated: November 16, 2006

                                              MCGREGOR W. SCOTT
United States Attorney

/s/ Mary M. French for
_____
KEN MELIKIAN
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  November 16, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order                                            3