```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  TRUMAN JEFFERSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO.  CR-S-05-106 GEB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | CONTINUING STATUS CONFERENCE |
| CAROLYN WILLIAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | Date:  February 9, 2007 |
| | ) | Time:  9:00 a.m. |
| _____ | ) | Judge: Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through Ken Melikian, Assistant United States Attorney; defendant, CAROLYN WILLIAMS, by and through her counsel, Krista Hart; defendant, LEONARD WILLIAMS, by and through his counsel, Robert Holley; and TRUMAN JEFFERSON, by and through his counsel, Mary M. French, Supervising Assistant Federal Defender, that the status conference presently scheduled for January 12, 2007 be vacated and rescheduled for status conference on February 9, 2007 at 9:00 a.m.  This continuance is being requested due to the need for on-going defense investigation and preparation.

IT IS FURTHER STIPULATED that the period from January 12, 2007, through and including February 9, 2007, should be excluded pursuant to

18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: January 11, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Supervising Assistant Federal Defender
Attorney for Defendant
TRUMAN JEFFERSON

/s/ Mary M. French for
_____
KRISTA HART
Attorney for Defendant
CAROLYN WILLIAMS

/s/ Mary M. French for
_____
ROBERT HOLLEY
Attorney for Defendant
LEONARD WILLIAMS

Dated: January 11, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Mary M. French for
_____
KEN MELIKIAN
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  January 12, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order                                    2