KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 350
Sacramento, California  95814
Telephone: (916) 498-8398

Attorney for Defendant
Carolyn Williams

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr.S. 05-106 GEB GGH |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER TO DELETE THE** |
| v. ) | **THIRD-PARTY CUSTODIANSHIP CONDITION** |
| ) | **OF PRETRIAL RELEASE AS TO CAROLYN** |
| ) | **AND LEONARD WILLIAMS** |
| CAROLYN WILLIAMS, et at., ) | |
| ) | |
| Defendants. ) | |
| ) | |

_____

Carolyn Williams, by and through counsel Krista Hart, and Leonard Williams, by and through counsel Robert Holley, along with the United States of America (government) by and through counsel Assistant U.S. Attorney Kenneth Melikian, and the pretrial services officer, Gina Faubion, hereby stipulate and agree that the condition of third-party custodianship as to both defendants be deleted as a condition to pretrial release.

Mr. and Ms. Williams were released from custody in April, 2005; Mr. Williams was released on the 6th with a condition that his father, Leonard Williams, Sr., serve as a third-party custodian.  Ms. Williams was released on the 12th with a similar condition.  On April 16, 2005,

the third party custodianship was transferred to Michael Nunnery. Since that time, Mr. Nunnery has served as the third-party custodian for both clients.

Mr. and Ms. Williams have been doing very well on their pretrial release. They have met with and reported to their pretrial services officer, Gina Faubion, on a regular basis. Ms. Faubion is satisfied with their performance. Therefore, Ms. Faubion and all counsel are in agreement that the third-party custodianship condition of pretrial release should be dropped with all other conditions remaining in tact.

February 5, 2007         */s/ Krista Hart*
                          Attorney for Carolyn Williams

February 5, 2007         */s/ Robert Holley*
                          Attorney for Leonard Williams
                          (by Krista Hart per e-mail)

February 5, 2007         */s/ Gina Faubion*
                          Pretrial Services Officer
                          (by Krista Hart per e-mail)

February 5, 2007         McGREGOR SCOTT
                          United States Attorney

                          */s/ Kenneth Melikian*
                          Assistant U.S. Attorney
                          (by Krista Hart per e-mail)

**O R D E R**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: 2/5/07            /s/ Gregory G. Hollows
                          _____
williams106.ord           The Honorable GREGORY G. HOLLOWS
                          United States Magistrate Judge

2