```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TRUMAN JEFFERSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  CR-S-05-106 GEB |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| CAROLYN WILLIAMS, et al., ) | |
| Defendants. ) | Date:  March 9, 2007<br>Time:  9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through Ken Melikian, Assistant United States Attorney; defendant, CAROLYN WILLIAMS, by and through her counsel, Krista Hart; defendant, LEONARD WILLIAMS, by and through his counsel, Robert Holley; and TRUMAN JEFFERSON, by and through his counsel, Mary M. French, Supervising Assistant Federal Defender, that the status conference presently scheduled for February 9, 2007 be vacated and rescheduled for status conference on March 9, 2007 at 9:00 a.m.  This continuance is being requested due to the need for on-going defense investigation and preparation.

1    IT IS FURTHER STIPULATED that the period from February 9, 2007,
2 through and including March 9, 2007, should be excluded pursuant to 18
3 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.

Dated: February 12, 2007

                                       Respectfully submitted,

                                       DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Supervising Assistant Federal Defender
Attorney for Defendant
TRUMAN JEFFERSON

/s/ Mary M. French for
_____
KRISTA HART
Attorney for Defendant
CAROLYN WILLIAMS

/s/ Mary M. French for
_____
ROBERT HOLLEY
Attorney for Defendant
LEONARD WILLIAMS

Dated: February 12, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Mary M. French for
_____
KEN MELIKIAN
Assistant U.S. Attorney
per telephonic authority

/
/
/
/
/
/
/
/

Stip & Order                              2

**O R D E R**

IT IS SO ORDERED.

Dated:  February 14, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge