DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TRUMAN JEFFERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                           )<br>         Plaintiff,       )<br>                           )<br>    v.                     )<br>                           )<br> CAROLYN WILLIAMS, et al., )<br>                           )<br>         Defendants.      )<br> _____  ) | NO.  CR-S-05-106 GEB<br><br>STIPULATION AND [PROPOSED] ORDER<br>CONTINUING STATUS CONFERENCE<br><br>Date:  April 6, 2007<br>Time:  9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through Ken Melikian, Assistant United States Attorney; defendant, CAROLYN WILLIAMS, by and through her counsel, Krista Hart; and TRUMAN JEFFERSON, by and through his counsel, Mary M. French, Supervising Assistant Federal Defender, that the status conference presently scheduled for March 9, 2007 be vacated and rescheduled for status conference on April 6, 2007 at 9:00 a.m.  This continuance is being requested due to the need for on-going defense investigation and preparation.

IT IS FURTHER STIPULATED that the period from March 9, 2007,

through and including April 6, 2007, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: March 8, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Supervising Assistant Federal Defender
Attorney for Defendant
TRUMAN JEFFERSON

/s/ Mary M. French for
_____
KRISTA HART
Attorney for Defendant
CAROLYN WILLIAMS

Dated: March 8, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Mary M. French for
_____
KEN MELIKIAN
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  March 9, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order                                    2