KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 350
Sacramento, California  95814
Telephone: (916) 498-8398

Attorney for Defendant
Carolyn Williams

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | No. Cr.S. 05-106 GEB |
| ) | |
| Plaintiff,    ) | |
| ) | **STIPULATION AND [PROPOSED] ORDER** |
| v.                       ) | **RESETTING THE STATUS CONFERENCE FOR** |
| ) | **DEFENDANTS CAROLYN WILLIAMS AND** |
| ) | **TRUMAN JEFFERSON** |
| CAROLYN WILLIAMS and      ) | |
| TRUMAN JEFFERSON,         ) | DATE: June 15, 2007 |
| ) | TIME: 9:00 a.m. |
| Defendants.   ) | COURT: The Honorable Garland E. |
| _____ ) |         Burrell, Jr. |

Carolyn Williams, by and through counsel Krista Hart, and Truman Jefferson, by and through counsel Mary French, Assistant Federal Defender, along with the United States of America (government) by and through counsel Assistant U.S. Attorney Kenneth Melikian stipulate and agree that the status conference set for June 15, 2007, be vacated and reset for July 27, 2007.  The additional time is necessary for further defense investigation, plea negotiations and case preparation.

It is further stipulated that the period from June 15, 2007, through July 27, 2007, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends

of justice are served by the Court excluding such time, so that counsel for the government and the defense may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

June 15, 2007            */s/ Krista Hart*
                         Attorney for Carolyn Williams

June 15, 2007             */s/ Mary French*
                         Supervising Assistant
                         Federal Defender
                         Attorney for Truman Jefferson
                         (by Krista Hart per e-mail)

June 15, 2007            McGREGOR SCOTT
                         United States Attorney

                          */s/ Kenneth Melikian*
                         Assistant U.S. Attorney
                         (by Krista Hart per e-mail)

**O R D E R**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated:   June 15, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

2