```
 1  KRISTA HART
    Attorney at Law
 2  State Bar #199650
    428 J Street, Suite 350
 3  Sacramento, California  95814
    Telephone: (916) 498-8398
 4
    Attorney for Defendant
 5  Carolyn Williams

 6

 7                 IN THE UNITED STATES DISTRICT COURT

 8               FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10

11  UNITED STATES OF AMERICA,     ) No. Cr.S. 05-106 GEB
                                  )
12            Plaintiff,          )
                                  ) STIPULATION AND PROPOSED ORDER
13       v.                       ) RESETTING THE STATUS CONFERENCE FOR
                                  ) DEFENDANTS CAROLYN WILLIAMS AND
14                                ) TRUMAN JEFFERSON
    CAROLYN WILLIAMS and          )
15  TRUMAN JEFFERSON,             ) DATE: July 27, 2007
                                  ) TIME: 9:00 a.m.
16            Defendants.         ) COURT: The Honorable Garland E.
    _____ )        Burrell, Jr.
17
```

18       Carolyn Williams, by and through counsel Krista Hart, and Truman

19  Jefferson, by and through counsel Mary French, Assistant Federal

20  Defender, along with the United States of America (government) by and

21  through counsel Assistant U.S. Attorney Kenneth Melikian stipulate and

22  agree that the status conference set for July 27, 2007, be vacated and

23  reset for September 7, 2007.  The additional time is necessary for

24  further defense investigation, plea negotiations and case preparation.

25       It is further stipulated that the period from July 27, 2007,

26  through September 7, 2007, should be excluded in computing the time

27  within which the trial of the above criminal prosecution must commence

28  for purposes of the Speedy Trial Act.  The parties stipulate that the

ends of justice are served by the Court excluding such time, so that counsel for the government and the defense may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

July 24, 2007                       /s/ Krista Hart
                                    Attorney for Carolyn Williams

July 24, 2007                        /s/ Mary French
                                    Supervising Assistant
                                    Federal Defender
                                    Attorney for Truman Jefferson
                                    (by Krista Hart per e-mail)

July 24, 2007                       McGREGOR SCOTT
                                    United States Attorney

                                     /s/ Kenneth Melikian
                                    Assistant U.S. Attorney
                                    (by Krista Hart per e-mail)

**O R D E R**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated:  July 24, 2007

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

2