```
KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 350
Sacramento, California  95814
Telephone: (916) 498-8398

Attorney for Defendant
Carolyn Williams
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr.S. 05-106 GEB |
| Plaintiff, | |
| v. | **STIPULATION AND PROPOSED ORDER TO RESET STATUS CONFERENCE** |
| CAROLYN WILLIAMS, et at., | |
| Defendants. | |

It is hereby stipulated and agreed to between the United States of America through Ken Melikian, Assistant United States Attorney; defendant, CAROLYN WILLIAMS, by and through her counsel, Krista Hart; and TRUMAN JEFFERSON, by and through his counsel, Mary M. French, Supervising Assistant Federal Defender, that the status conference presently scheduled for October 26, 2007, be vacated and rescheduled for status conference on December 7, 2007.  This continuance is being requested due to the need for on-going defense investigation and settlement negotiations between the parties.

IT IS FURTHER STIPULATED that the period from October 26,

2007, through and including December 7, 2007, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: October 25, 2007            DANIEL J. BRODERICK
                                   Federal Defender

                                    */s/ Mary M. French*
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   TRUMAN JEFFERSON
                                   (by Krista Hart per e-mail)

Dated: October 25, 2007             */s/ Krista Hart*
                                   Attorney for Defendant
                                   CAROLYN WILLIAMS

Dated: October 25, 2007            MCGREGOR W. SCOTT
                                   United States Attorney

                                    */s/ Kenneth Melikian*
                                   Assistant U.S. Attorney
                                   (by Krista Hart per e-mail)

**O R D E R**

IT IS SO ORDERED.

Dated:  October 25, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

2