KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 350
Sacramento, California  95814
Telephone: (916) 498-8398

Attorney for Defendant
Carolyn Williams

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr.S. 05-106 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND PROPOSED ORDER** |
| v. | ) | **TO RESET STATUS CONFERENCE** |
| | ) | |
| | ) | |
| CAROLYN WILLIAMS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through Ken Melikian, Assistant United States Attorney; defendant, CAROLYN WILLIAMS, by and through her counsel, Krista Hart, that the status conference presently scheduled for February, 29, 2008, be vacated and rescheduled for status conference on March 21, 2008.  This continuance is being requested due to the need for on-going defense investigation, moreover, the defense recently presented the government with additional information and a counteroffer which the government is considering.

IT IS FURTHER STIPULATED that the period from February 29, 2008, through and including March 21, 2008, should be excluded

pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: February 29, 2008          /s/ Krista Hart
                                  Attorney for Defendant
                                  CAROLYN WILLIAMS


Dated: February 29, 2008          McGREGOR W. SCOTT
                                  United States Attorney

                                   /s/ Kenneth Melikian
                                  Assistant U.S. Attorney
                                  (by Krista Hart per e-mail)

**O R D E R**

IT IS SO ORDERED.

Dated:  February 29, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

2