```
1  McGREGOR W. SCOTT
   United States Attorney
2  KENNETH J. MELIKIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, Ca.  95814
4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-05-106 GEB |
|              Plaintiff, ) | |
|     v.                      ) | STIPULATION; ORDER |
| CAROLYN WILLIAMS, ) | |
|              Defendant. ) | |

    Defendant Carolyn Williams, through Krista Hart, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for March 21, 2008.  The parties further stipulate that a status conference be placed on the court's April 11, 2008, calendar.

    The parties are involved in negotiations to resolve this case.  The government has presented the defendant with a formal offer, and the defendant has presented the government with a counter-offer.  The government is in the process of preparing its response to the defendant's counter-offer.  It is anticipated that, if given more time, the parties will be able to avoid a trial by settling this case.

1

Accordingly, the parties request that the status conference in this case be continued to April 11, 2008. All parties agree that time should be excluded through April 11, 2008, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable time to prepare her case.

DATED: March 21, 2008             Respectfully submitted,

                                  McGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ Kenneth J. Melikian

                                  By
                                     KENNETH J. MELIKIAN
                                  Assistant U.S. Attorney

DATED: March 21, 2008             /s/ Kenneth J. Melikian
                                  KRISTA HART
                                  Attorney for Defendant Carolyn Williams
                                  (Signed by Kenneth J. Melikian per authorization by Krista Hart)

IT IS SO ORDERED.

Dated:  March 21, 2008

                                  _____
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge

2