```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  CR. NO. S-05-106 GEB
                                 )
12               Plaintiff,      )
                                 )  STIPULATION; ORDER
13       v.                      )
                                 )
14  CAROLYN WILLIAMS,            )
                                 )
15                               )
                 Defendant.      )
16  _____)
```

17       Defendant Carolyn Williams, through Krista Hart, Attorney At
18  Law, and the United States of America, through Assistant U.S.
19  Attorney Kenneth J. Melikian, agree to vacate the status
20  conference scheduled for April 11, 2008.  The parties further
21  stipulate that a status conference be placed on the court's
22  April 25, 2008, calendar.
23       The parties are involved in negotiations to resolve this
24  case.  The government has presented the defendant with a formal
25  offer, and the defendant presented the government with a counter-
26  offer.  The government recently responded to the defendant's
27  counter-offer.  It is anticipated that, if given more time, the
28  parties will be able to avoid a trial by settling this case.

| | |
|---|---|
| 1 | Accordingly, the parties request that the status conference |
| 2 | in this case be continued to April 25, 2008.  All parties agree |
| 3 | that time should be excluded through April 25, 2008, from |
| 4 | computation under the Speedy Trial Act pursuant to local code T4 |
| 5 | (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant |
| 6 | reasonable time to prepare her case. |

DATED: April 10, 2008          Respectfully submitted,

                               McGREGOR W. SCOTT
                               United States Attorney


                            By:/s/ Kenneth J. Melikian
                               KENNETH J. MELIKIAN
                               Assistant U.S. Attorney


DATED: April 10, 2008          /s/ Kenneth J. Melikian
                               KRISTA HART
                               Attorney for Defendant Carolyn Williams
                               (Signed by Kenneth J. Melikian per authorization by Krista Hart)




    IT IS SO ORDERED.

Dated:  April 10, 2008

                               _____
                               GARLAND E. BURRELL, JR.
                               United States District Judge

2