McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-05-106 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION; ORDER |
| v. | ) | |
| | ) | |
| CAROLYN WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant Carolyn Williams, through Krista Hart, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for April 25, 2008.  The parties further stipulate that a status conference be placed on the court's May 9, 2008, calendar.

The parties are involved in negotiations to resolve this case.  The government has presented the defendant with a formal offer, and the defendant presented the government with a counter-offer.  The government recently responded to the defendant's counter-offer, and the parties are continuing to attempt to work out details that will be acceptable to both sides.  It is

1

anticipated that, if given more time, the parties will be able to avoid a trial by settling this case.

Accordingly, the parties request that the status conference in this case be continued to May 9, 2008. All parties agree that time should be excluded through May 9, 2008, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable time to prepare her case.

DATED: April 22, 2008                Respectfully submitted,

                                     McGREGOR W. SCOTT
                                     United States Attorney


                                     By:/s/ Kenneth J. Melikian
                                        KENNETH J. MELIKIAN
                                        Assistant U.S. Attorney

DATED: April 22, 2008                /s/ Kenneth J. Melikian
                                     KRISTA HART
                                     Attorney for Defendant Carolyn Williams
                                     (Signed by Kenneth J. Melikian per authorization by Krista Hart)

        IT IS SO ORDERED.

Dated:  April 23, 2008

                                     _____
                                     GARLAND E. BURRELL, JR.
                                     United States District Judge