IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN WILLIAMS,<br><br>    Defendant. | 02:05-cr-000106-GEB<br><br>ORDER |

On April 20, 2009, pro se Defendant Carolyn Williams filed a motion for relief from criminal judgment under Federal Rule of Civil Procedure 60(b). This motion is denied since this rule does not apply to criminal cases, and defendant has not shown any basis justifying the Court to exercise jurisdiction over her complaint about her sentence.

Dated: April 27, 2009

                              GARLAND E. BURRELL, JR.
                              United States District Judge