1  KRISTA HART
2  Attorney at Law
   State Bar #199650
3  428 J Street, Suite 350
   Sacramento, California  95814
4  Telephone: (916) 498-8398

5
   Attorney for Defendant
6  Carolyn Williams

7

8                       IN THE UNITED STATES DISTRICT COURT
9
                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12

13 UNITED STATES OF AMERICA,           )   No. Cr.S. 05-106 GEB
                                       )
14              Plaintiff,             )
                                       )
15                                     )   **STIPULATION AND PROPOSED ORDER**
         v.                            )   **TO RESET SURRENDER DATE**
16                                     )
                                       )
17 CAROLYN WILLIAMS,                   )
                                       )
18              Defendants.            )
19 _____     )

20

21
         Carolyn Williams was sentenced to serve four months in the custody of the Bureau of
22
   Prisons.  The Court ordered Ms. Williams surrender to the BOP on June 15, 2009, but 2:00 p.m.
23
24 The parties have agreed Ms. Williams may surrender on September 25, 2009.  Ms. Williams is

25 the main earner for her family, which includes her husband and four children.   Her husband

26
   recently suffered a reduction in his income due to the downturn in the economy.  Ms. Williams
27
   needs the additional time to save money for her family to provide for them while she is in
28

custody. The parties have contacted pretrial services officer Gina Faubion, Ms. Faubion indicates Ms. Williams has complied with all terms and conditions of pretrial release and Ms. Faubion has no objection to extending the surrender date to September 25, 2009.

Therefore, it is hereby stipulated and agreed to between the United States of America through Phil Talbert, Assistant United States Attorney and defendant, CAROLYN WILLIAMS, by and through her counsel, Krista Hart, that the surrender date of June 15, 2009, be reset to September 25, 2009. Ms. Williams will surrender to the BOP on September 25, 2009, by 2:00 p.m.

Dated: June 8, 2009  
                           */s/ Krista Hart*  
                           Attorney for Defendant  
                           CAROLYN WILLIAMS

Dated: June 8, 2009  
                           LAWRENCE BROWN  
                           United States Attorney

                           */s/ Phil Talbert*  
                           Assistant U.S. Attorney  
                           (by Krista Hart per e-mail)

**O R D E R**

IT IS SO ORDERED.

Dated: June 8, 2009

_____  
GARLAND E. BURRELL, JR.  
United States District Judge