KRISTA HART
Attorney at Law
State Bar #199650
1710 Broadway #88
Sacramento, California  95818
Telephone: (916) 498-8398

Attorney for Defendant
Carolyn Williams

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr.S. 05-106 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **TO RESET SURRENDER DATE** |
| | ) | |
| | ) | |
| CAROLYN WILLIAMS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

      Carolyn Williams was sentenced to serve four months in the custody of the Bureau of Prisons.  The Court ordered Ms. Williams surrender to the BOP on September 25, 2009, at 2:00 p.m.  The parties have agreed Ms. Williams may surrender on January 5, 2010.  Ms. Williams is the main earner for her family, which includes her husband and four children.  The family has recently learned they must move out of their two-bedroom apartment.  Ms. Williams needs the additional time to assist her family in finding and relocating to another apartment.  Additionally,

Ms. Williams would like to surrender after the holiday season.

The parties have contacted pretrial services officer Gina Faubion, Ms. Faubion indicates Ms. Williams has complied with all terms and conditions of pretrial release and Ms. Faubion has no objection to extending the surrender date to January 5, 2010.

Therefore, it is hereby stipulated and agreed to between the United States of America through Phil Talbert, Assistant United States Attorney and defendant, CAROLYN WILLIAMS, by and through her counsel, Krista Hart, that the surrender date of September 25, 2009, be reset to September 25, 2009.  Ms. Williams will surrender to the BOP on January 5, 2010, by 2:00 p.m.

Dated: September 21, 2009                  /s/ Krista Hart
                                           Attorney for Defendant
                                           CAROLYN WILLIAMS


Dated: September 21, 2009                  LAWRENCE BROWN
                                           United States Attorney


                                            /s/ Phil Talbert
                                           Assistant U.S. Attorney
                                           (by Krista Hart per e-mail)


In accordance with the parties' stipulation, Defendant's surrender date is changed from September 25, 2009 to no later than 2:00 p.m.  on January 5, 2010,

IT IS SO ORDERED.

Dated:  September 21, 2009

                                           _____
                                           GARLAND E. BURRELL, JR.
                                           United States District Judge